

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-21-00010-CV

## IN RE CLAYTON WILLIAM RUSSELL

_____

### Original Proceeding

**From the 82nd District Court**
**Robertson County, Texas**
**Trial Court No. 20-08-D11246-DV**

---

## MEMORANDUM OPINION

---

The petition for a writ of mandamus filed on January 11, 2021 is denied. TEX. R. APP. P. 52.8(d). The stay of the proceedings in the trial court entered by this Court on January 13, 2021 is lifted. *See* TEX. R. APP. P. 52.10(b).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Neill, and
  Justice Johnson
Petition denied; Stay lifted
Opinion delivered and filed March 17, 2021
OT06

